AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

### APPEARANCE

Case Number: 04-1685

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Andres Martinez

limited to detention hearing w/ the court's permission

I certify that I am admitted to practice in this court.

5-3-04
Date

Signature: Eric Taitano

Print Name: Eric Taitano     Bar Number: 637070

Address: 65 Merrimack St #2

City: Lawrence    State: MA    Zip Code: 01843

Phone Number: (978) 794-7888    Fax Number: (978) 689-8611