U.S.A
v
Martinez

04-1685-CBS

## Motion to Withdraw

Now comes the attorney for Andres Martinez and respectfully requests this court to allow him to withdraw from the case.

Attorney
Eric Taitano

/s/ Eric Taitano

65 Merrimack St #2
Lawrence MA. 01843
(978) 794-7888

---

5-7-04
Allowed. Clerk to select successor, appointed counsel for Mr. A. Martinez.

/s/ [Judge signature]

FILED IN CLERK'S OFFICE
2004 MAY -7 P 4:25
U.S. DISTRICT COURT
DISTRICT OF MASS.