AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Andres MARTINEZ,  a/k/a Castro Casimiro

**WARRANT FOR ARREST**

CASE NUMBER: *04-1685-CBS*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Andres MARTINEZ,  a/k/a Castro Casimiro, a/k/a Joel ZEQUERIA

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [x] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE COCAINE A SCHEDULE II CONTROLLED SUBSTANCE

in violation of
Title           21           United States Code, Section(s)  846

Charles B. Swartwood

Name of Issuing Officer                           U.S. MAGISTRATE JUDGE
                                                  Title of Issuing Officer

Signature of Issuing Officer                      2004     BOSTON, MASSACHUSETTS
                                                  Date and Location

Bail fixed at $ _____

                                                  Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| USMS  Worcester, MA |

| DATE RECEIVED 5-3-04 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5-1-04 | S/A  JEAN DROUIN (DEA) | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  Andres MARTINEZ

ALIAS:  a/k/a Castro Casimiro, a/k/a Joel Zequeria, a/k/a Sacaida

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year):

SOCIAL SECURITY NUMBER (last 4 digits only):

HEIGHT:                                                         WEIGHT:

SEX:                                                                RACE:

HAIR:                                                               EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: