AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MA

| UNITED STATES | | | | | EXHIBIT AND WITNESS LIST | |
|---|---|---|---|---|---|---|
| V. | | | | | | |
| A. Martinez, C. Colon-Rivera, C. Germonsen | | | | | Case Number: 04-1685-CBS | |
| G. Ortiz | | | | | | |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| SWARTWOOD | Peabody | Andrews, Wall, Hickey, Welsh |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/23/2004 | 9:54 A | Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | Witnesses |
| | | 6/23/2004 | | | Agent Jean Drouin |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 6/23/2004 | X | X | Complaint & Affidavit |
| | A | 6/23/2004 | X | X | Personal Information (Employment letters, Marriage Cert, Birth Certificates) |
| | B | 6/23/2004 | X | X | Employer's follow up letter |
| | C | 6/23/2004 | X | X | Employer's Letter |
| | D | 6/23/2004 | X | X | Landlord Letter |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages