```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Mag. No.04-001685-001-CBS |
| ) | |
| ANDRES MARTINEZ ) | |

## MOTION TO WITHDRAW

Now comes undersigned counsel, and respectfully files leave to withdraw as counsel for the defendant, Andres Martinez, whom he was appointed to represent pursuant to the Criminal Justice Act. In support of this motion undersigned counsel states that it is his understanding that the defendant has engaged private counsel, Attorney Jack Cicilline, who files his appearance herewith.

For the foregoing reasons, undersigned counsel prays the Court allow this Motion.

Respectfully Submitted,<br>
Andres Martinez<br>
By his attorney<br>
<br>
Michael C. Andrews<br>
21 Custom House St.<br>
Boston, MA. 02110<br>
(617) 951-0072<br>
BBO# 546470