UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

VS.                              CR No. : 04-1685-CBS

ANDRES MARTINEZ

## MOTION TO ADMIT PRO HAC VICE

Now comes Attorney John F. Cicilline, defense counsel in the above-referenced matter and hereby moves this Honorable Court to admit him Pro Hac Vice on behalf of the defendant Andres Martinez.

Respectfully submitted,

John F. Cicilline, Esquire (#0433)
387 Atwells Avenue
Providence, RI 02909
(401) 273-5600
FAX 454-5600

## CERTIFICATION

I, the undersigned, hereby certify that I caused to be delivered a true copy of the within this the 7th day of September, 2004 to the Office of the U.S. Attorney, for the District of Massachusetts, 595 Main Street, Worcester, MA 016008.