UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

VS.                                          CR No.: 04-1685-CBS

ANDRES MARTINEZ

## AFFIDAVIT IN SUPPORT OF
## MOTION TO APPEAR PRO HAC VICE

Now comes, Attorney John F. Cicilline, in the above-entitled cause and avers as follows:

1. I have been a practicing attorney since 1966 and I am an active member in good standing of the following bars:

   a) State of Rhode Island
   b) U.S. District Court of the District of R.I.
   c) U.S. Court of Appeals-1st Circuit
   d) U.S. Court of Appeals-3rd Circuit
   e) U.S. District Court of Vermont
   f) U.S. District Court of Puerto Rico

2. I have not been disciplined in any manner in the preceding five years and have no disciplinary actions pending against me.

John F. Cicilline, Esq. (#0433)
387 Atwells Avenue
Providence, RI 02909
(401) 273-5600
FAX 454-5600

SUBSCRIBED AND SWORN to before me this the 7 day of September, 2004.

NOTARY PUBLIC
MY COMMISSION EXPIRES: 7/5/05

# RHODE ISLAND SUPREME COURT

Office of the Clerk

Licht Judicial Complex
250 Benefit Street
Providence, RI 02903

<u>State of Rhode Island and Providence Plantations</u>

<u>This Certifies</u>

That   John F Cicilline                                                                of

Providence, Rhode Island            is an

<u>Attorney and Counsellor of the Supreme Court</u>

of the State of Rhode Island, and as such was on the 19th day of May      A.D. 1965 admitted to practice in all the courts of said State, as appears of record in this the office of the clerk of the Supreme Court of said State and is in good standing and qualified to practice in said Courts. The Supreme Court is the highest Court in the State.

Given under my hand and the seal of said Supreme Court at Providence, this __7th__ day of __September__, A.D. 20 __04__

_____
                                                    Clerk