UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
OFFICE

2004 SEP 29 P 12: 02

U.S. DISTRICT C...

UNITED STATES OF AMERICA

V.   CASE NO.: 04-1685-CBS

ANDRES MARTINEZ

## AFFADAVIT

I, John F. Cicilline being duly sworn upon oath depose and say that I have familiarized myself with the Local Rules of The United States District Court for the District of Massachusetts. Massachusetts Rules of Court. (West Publishing Company) and the amended Local Rules as published at *www.mad.uscourts.gov*.

_____
John F. Cicilline

**SUBSCRIBED AND SWORN** before me on this ___ day of September, 2004.

_____
Notary Public

My commission expires: 5/7/2008